MILDRED M. MATTESON, Respondent, v. HARRY M. FORST and ROYALTY SECURITIES CORPORATION, Appellants, and Others, Defendants. (Appeal No. 1.) — Order denying motion to vacate judgment and amended judgment as to appealing defendants·reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. There is no proof that defendant Forst consented to waive notice of trial. Lazansky, P. J., Scudder and Tompkins, JJ., concur; Young and Kapper, JJ., dissent and vote to affirm.

MILDRED M. MATTESON, Respondent, Appellant, v. HARRY M. FORST and

Others, Defendants, and ORION N. STEELMAN and MARSHALL E. BIRKINS, Appellants. Respondents. (Appeal No. 2.) — On appeal by plaintiff, amended judgment unanimously affirmed, with costs. No opinion. On appeal by defendants Steelman and Birkins, amended judgment reversed upon the law and the facts and a new trial granted, costs to abide the event, upon that phase of the case involved in their appeal. The conclusion with reference to their appeal is reached in light of the decision in *Matteson* v. *Forst* (*ante*, p. 732), decided herewith, in order that that branch of the case may be heard and a complete disposition made thereof as to all of the parties. Inconsistent findings of fact and conclusions of law are reversed. Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ., concur. Settle order on notice.